THE PEOPLE OF THE STATE OF NEW YORK ex rel.
FREDERICK W. BASS et al., Appellants, *v.* M. FRANK
LOUGHMAN et al., Constituting the State Tax Com-
mission, Respondents.

*Tax — income tax — partnership — income received by surviving part-
ners and paid to estate of deceased partner pursuant to terms of
partnership agreement — assessment of income tax thereon proper.*

*People ex rel. Bass* v. *Loughman,* 218 App. Div. 795, affirmed.
(Argued November 16, 1926; decided November 30, 1926.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the third judicial
department, entered November 12, 1926, which confirmed,
on certiorari, a determination of the State Tax Com-
mission assessing an additional income tax against the
relators. The question was whether partnership income
received by surviving partners and paid over to the
estate of a deceased partner, pursuant to the terms of
the partnership agreement, should be taxed as income
to the surviving partners or as income to the estate of
the deceased partner. The Appellate Division held that
the payment was one of principal for the deceased part-
ner's interest in good will and that an income tax was
properly assessed against the surviving partners for the
amount thereof.

*Harold R. Medina* and *Rufus Cole Van Aken* for
appellants.

*Albert Ottinger, Attorney-General (Henry S. Manley* of
counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, CRANE, ANDREWS
and LEHMAN, JJ. Dissenting: CARDOZO and Mc-
LAUGHLIN, JJ.

33